JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELLY GARCIA,                     ) Case No. EDCV 09-02159-DTB
                                  )
                    Plaintiff,    )
                                  ) **J U D G M E N T**
            vs.                   )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
                    Defendant.    )
_____

    In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: May 31, 2011

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1